### Robert ROESSLE, appellant,

### v.

### COMMONWEALTH of Kentucky, appellee.

Court of Appeals of Kentucky.

Feb. 12, 1954.

· Motion to Reconsider, Set Aside and Reverse Denied March 26, 1954.

Thomas W. Hardesty, Newport, W. Clark Otte, Louisville, for appellant.

J. D. Buckman, Jr., Atty. Gen., Wm. F. Simpson, Asst. Atty. Gen., William J. Wise, Commonwealth's Atty., Newport, for appellee.

### PER CURIAM.

We are affirming the judgment sentencing the defendant to one year in jail and a $200 fine on a charge of keeping a house of ill fame. The defendant was arrested legally and the Campbell Circuit Court, had jurisdiction to try him.

The motion for an appeal is overruled and the judgment is affirmed.